IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER CVIJIC and SPENCER McLAUGHLIN, individually and on behalf of other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER DOWNS AND MARINA, LLC d/b/a HARRAH'S PHILADELPHIA CASINO AND RACETRACK,<br><br>Defendant. | Civil Action No. 5:23-cv-00816<br><br>HON. JEFFREY L. SCHMEHL |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
FLSA SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Christopher Cvijic and Spencer McLaughlin, on behalf of themselves and thirty-nine additional opt-in Plaintiffs who have joined this action, hereby move for:

1) approval of a collective action settlement between all Plaintiffs and Defendant Chester Downs and Marina, LLC. (attached as **Exhibit A** to the Declaration of Jamisen A. Etzel), which will, in exchange for a total gross settlement amount of $20,000, resolve the Plaintiffs' claims against Defendant brought under the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*) and related state law claims that were brought or could have been brought in this action;

3) approval of awards to Plaintiffs' counsel of $8,000 for attorney fees and $402 for expenses incurred in litigating this action.

Defendant does not oppose the relief requested. Contemporaneously with this motion, Plaintiffs are filing a brief in support, which describes the history of the case, the terms of the settlement agreement, and the pertinent facts and points of law that support Plaintiffs' requests.

**CONCLUSION**

For the reasons set forth in the accompanying brief and exhibits, Plaintiffs respectfully request that the Court grant this motion and enter the attached proposed order.

Dated: July 1, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jamisen A. Etzel (original signature on file)*
　　　　　　　　　　　　　　　　　　　　　Gary F. Lynch
　　　　　　　　　　　　　　　　　　　　　Jamisen A. Etzel (PA #311554)
　　　　　　　　　　　　　　　　　　　　　**LYNCH CARPENTER, LLP**
　　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15221
　　　　　　　　　　　　　　　　　　　　　T: (412) 322-9243
　　　　　　　　　　　　　　　　　　　　　F: (412) 231-0246
　　　　　　　　　　　　　　　　　　　　　gary@lcllp.com
　　　　　　　　　　　　　　　　　　　　　jamisen@lcllp.com

　　　　　　　　　　　　　　　　　　　　　*/s/ Steven Auerbach (original signature on file)*
　　　　　　　　　　　　　　　　　　　　　Steven Auerbach, Esquire, LL.M.
　　　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF STEVEN T. AUERBACH**
　　　　　　　　　　　　　　　　　　　　　201 Meetinghouse Lane
　　　　　　　　　　　　　　　　　　　　　Merion Station, PA 19066
　　　　　　　　　　　　　　　　　　　　　(215) 964-4410
　　　　　　　　　　　　　　　　　　　　　Auerbach.Steven@gmail.com

Attorneys for Plaintiffs